IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDY JAY MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. 24-351** |
| ) | |
| **PENNSYLVANIA PAROLE BOARD,** ) | |
| **Et. al.,** ) | |
| **Defendants.** ) | |

## MEMORANDUM ORDER

Petitioner Randy Jay Miller has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to Magistrate Judge Kezia O. L. Taylor in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Taylor issued a Report and Recommendation filed February 18, 2025, recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. ECF No. 15. The parties were informed that objections to the Report and Recommendation were due by March 3, 2025, for the electronically registered Defendants, and by March 7, 2025, for the non-electronically registered party Petitioner. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of March 2025, it is ORDERED that the Report and Recommendation, ECF No. 15, filed on February 18, 2025, by Magistrate Judge Taylor, is adopted as the Opinion of the Court. The Petition for Writ of Habeas Corpus is denied and a

certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

      _s/*Marilyn J. Horan*_
      Marilyn J. Horan
      United States District Court Judge

Randy Jay Miller, pro se
NH2628
SCI Mercer
801 Butler Pike
Mercer, PA 16137